20549. SIKES *v.* THE STATE.

BLOODWORTH, J. The evidence authorized the verdict, and the court did not err in overruling the motion for a new trial, which was based on general grounds only.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED JULY 15, 1930.

*H. H. Elders,* for. plaintiff in error.
*J. T. Grice, solicitor-general,* contra.